```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            x
                                    x    06 Cr. 1061 (SWK)
            -against-               x
                                    x
WAYNE STEWART,                      x    ORDER
                                    x
            Defendant.              x
------------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

In a letter to the Court dated February 13, 2009, the defendant consented to enter a guilty plea in the above-captioned case before a magistrate judge. This case is hereby referred to a presiding magistrate judge for entry of the defendant's guilty plea, pursuant to 28 U.S.C. § 636(b)(3). <u>See also</u> <u>United States v. Brumer</u>, 528 F.3d 157, 160 (2d Cir. 2008).

SO ORDERED.

_____
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         February 18, 2009